IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**RONALD GENE HODGE,**

    **Petitioner,**

    v.                              Case No. 2:04-cv-1133
                                        JUDGE FROST
**STATE OF OHIO,**                    Magistrate Judge KEMP

    **Respondent.**

## OPINION AND ORDER

On July 12, 2005, the Magistrate Judge issued a *Report and Recommendation* recommending that the petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 be dismissed. Petitioner has objected to that recommendation. Petitioner objects to all of the Magistrate Judge's conclusions and recommendations.

Pursuant to 28 U.S.C. 636(b)(1), this Court has conducted a *de novo* review of those portions of the *Report and Recommendation* objected to by petitioner. For the reasons discussed in the Magistrate Judge's *Report and Recommendation*, the Court overrules petitioner's objections.

The *Report and Recommendation* is hereby **ADOPTED AND AFFIRMED**. This case is **DISMISSED.**

                                                            /s/ Gregory L. Frost
                                                           GREGORY L. FROST
                                                      United States District Judge